THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Evelyn Konrad, *pro se*

|  |  |
|---|---|
| Plaintiff | **NOTICE OF VOLUNTARY** WITHDRAWAL PURSUANT TO FRCP 41(a)(1)(A)(I) |
| -against- | |
| | Case: 1:17-cv-01931-WHP |

Equinox, Inc. (aka Equinox Holding), national company franchising and/or owning fitness centers throughout the U.S.; Harvey Speak, individually and as CEO or top corporate officer for Equinox; Equinox, Inc., at Third Avenue and 85th Street, NYC, a for profit enterprise as fitness center; Erica Gomez, individually and as GM, or General Manager, of East 85th Street Equinox,

Defendants.

-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(I)

Pursuant to FRCP 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, the plaintiff,

Evelyn Konrad, hereby gives notice that the above-captioned action is voluntarily

dismissed, without prejudice.

Date: 8 May 2017

Signature of Plaintiff

200 East 84th Street

Address of Plaintiff

New York, New York 10028

City, State and Zip Code

212-585-1240

Telephone Number

ek616367@cs.com
EMail